**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| PURZEL VIDEO GmbH )<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>DOES 1-91. )<br>)<br>    *Defendants*. )<br>_____ ) | Case No. 4:12-CV-02292<br><br>***JURY TRIAL DEMANDED*** |

### [PROPOSED] ORDER DISMISSING SPECIFIC DOE DEFENDANT

Upon the Plaintiff's Voluntary Motion to Dismiss Specific Doe Defendant it is hereby:

ORDERED that the Doe Defendant specifically identified in the Voluntary Motion to Dismiss Specific Doe Defendant (dated March 1, 2013) be dismissed from this action.

The following Doe Defendant is dismissed **without prejudice**:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| 30 | 209.125.114.130 | Earthlink, Inc. (New Edge Networks) |

After this dismissal, 90 John Does will remain in this action.

DATED:_____        By:_____