RECEIVED
MAR 12 2013
BY MAIL

March 10, 2013

Judge Audrey G. Fleissig
United States District Court
Eastern District of Missouri
111 South 10th Street
Suite 12.182
St. Louis, MO 63102
RE: CASE No. 4:12-CV-02292-AGF

Dear Judge Fleissig:

I am sending this letter and the enclosed Motion to Quash or Modify Subpoena to **formally state my objection to the release of my personal information** to the counsel for Purzel Video GMBH, Paul Lesko, or anyone associated with the Case No. 4:12-CV-02292-AGF. The Motion to Quash is submitted without identifying my personal information, as one of the goals of the lawsuit is to obtain my information in order to contact me to request payment.

The legal argument presented in the motion should be enough to convince you to quash, however, I must add a personal note. After opening the letter from my ISP, it took me about 2 minutes on the internet to discover what was really going on. There was no actual "damage" due to copyright infringement; there was manipulation of the legal system – some might say legal extortion.

In this case, the "unspecified" copyrighted work is purported to be pornography involving teenage girls. (http://torrentlawyer.wordpress.com/tag/412-cv-02292/) There certainly is no better way to frighten someone into settling than the prospect of a lawsuit in which you could be branded a pedophile.

We have a secure network, no children, no guests during the time frame cited and my spouse is a luddite. Is it possible that malware used my IP address? Of course, there is always that chance. However, the remedy to such a situation is to have the ISP send a warning to make the account holder aware that there is suspicious activity.

I am very thankful that I was able to use the internet to find support and information about this practice. I highly recommend http://fightcopyrighttrolls.com/tag/paul-lesko/ and the web site cited above.

"Currently Lesko continues to file cases in Missouri (Mark Twain must be turning in his grave) and Southern Illinois with blessing from his boss John Simmons. Until the legal system recovers from the epidemic of copyright trolling, these walking insults to the legal profession will keep bringing tons of misery to thousands of undeserving families daily." (fightcopyrighttrolls.com)

I have created an email account where any further correspondence or updates about this case should be directed - jdoe33troll@yahoo.com.

Respectfully submitted,


John Doe 33

jdoe33troll@yahoo.com