IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| PURZEL VIDEO GmbH | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 4:12-CV-02292 |
| | ) | |
| DOES 1-91. | ) | ***JURY TRIAL DEMANDED*** |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**VOLUNTARY MOTION TO DISMISS SPECIFIC DOE DEFENDANT**

Plaintiff hereby files this Voluntary Motion to Dismiss Specific Doe Defendant, through which it dismisses the Doe Defendant listed below.  This Voluntary Motion to Dismiss is specific to the Doe Defendant identified below and does not apply to any Defendant other than the Defendant listed herein. After this dismissal 83 John Does will remain in this action.

Plaintiff hereby dismisses the following Doe Defendant **without prejudice**:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| 40 | 72.161.227.110 | CenturyLink, Inc (Qwest Communications, Embarq, CenturyTel Internet Holdings) |

Dated:  April 30, 2013

Respectfully submitted,
PURZEL VIDEO GMBH

By its attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

By:  /s/ Paul A.  Lesko
Paul A. Lesko – E.D. Mo. Bar No. 51914
One Court Street
Alton, IL 62002
Ph: 618.259.2222

1

Fax: 618.259.2251
Email: plesko@simmonsfirm.com
Attorney for Purzel Video GMBH

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system.

 /s/ Paul A.  Lesko
Attorney for Plaintiff
Purzel Video GmbH