IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PURZEL VIDEO GMBH, | ) |
| *Plaintiff*, | ) ) ) ) |
| v. | ) Case No. 4:12-cv-02292-AGF ) |
| DOES 1-91, | ) ***JURY TRIAL DEMANDED*** |
| *Defendants*. | ) ) ) |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO NAME AND SERVE DEFENDANTS

On July 9, 2013 Plaintiff Purzel Video GmbH moved for a Third Extension of Time to Name and Serve Defendants Pursuant to Federal Rule of Civil Procedure Rule 4(m).

WHEREFORE:

IT IS HEREBY ORDERED that Plaintiff's Motion for a Third Extension of Time to Name and Serve Defendants Pursuant to Federal Rule of Civil Procedure Rule 4(m) is GRANTED;

IT IS FURTHER ORDERED that Plaintiff must effectuate service on the Doe Defendants by October 10, 2013.

DATED: _____         BY: _____