IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PURZEL VIDEO GMBH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:12-CV-02292 |
| ) | |
| Does 1-91, ) | Hon. Audrey G. Fleissig |
| ) | |
| Defendants. ) | ***JURY TRIAL DEMANDED*** |
| ) | |

## DISMISSAL OF DOE NOS. 21, 34, 44, AND 74 PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

Plaintiff hereby files this Notice of Dismissal of Doe Numbers 21, 34, 44, and 74. This Notice of Dismissal is specific to the 4 Defendants identified herein and does not apply to any Defendants other than the Defendants listed herein. The Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal seventy six (76) Defendants will remain in this action.

Plaintiff hereby dismisses Doe Defendants 21, 34, 44, and 74 **without prejudice.**

    Respectfully submitted,
    PLAINTIFF PURZEL VIDEO GMBH.

    By its attorneys,
    SIMMONS BROWDER GIANARIS
      ANGELIDES & BARNERD LLC

Dated: August 2, 2013      By: */s/ Paul A. Lesko*
    Paul A. Lesko – E.D. Mo. Bar No. 51914
    One Court Street
    Alton, IL 62002
    (618) 259-2222

(618) 259-2251-*facsimile*
plesko@simmonsfirm.com

***Attorney for Plaintiff Purzel Video GMBH***

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record:

/s/ *Paul A. Lesko*
Attorney for Plaintiff Purzel Video GMBH