# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PURZEL VIDEO GmbH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:12-CV-02292-AGF |
| v. ) | |
| ) | |
| DOES 1-91, ) | |
| ) | |
| Defendants. ) | |

## DOE NO. 12's MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(5), 4(m), and Local Rule 7-4:01, Defendant Doe No. 12 and Dameron Color Labs ("Dameron") move to dismiss all claims against Doe No. 12 asserted by Plaintiff Purzel Video GMBH ("Purzel").  Purzel has alleged Doe No. 12 is Dameron.  Purzel has failed to serve or prosecute this case against Doe No. 12 and/or Dameron, and the deadline set by the Court for doing so has passed.  In support of this Motion to Dismiss, Doe No. 12 and Dameron Color Labs incorporate their Memorandum of Law and the Exhibits attached thereto, as if fully set forth herein.

WHEREFORE, Doe No. 12 and Dameron Color Labs respectfully request the court to dismiss all claims against Doe No. 12 and Dameron Color Labs, for its costs herein incurred and expended, and for such other and further relief as the Court deems just and proper.

Dated:  August 22, 2013         Respectfully submitted,

  /s/ Theodore R. Bynum, III
Theodore R. "T.R." Bynum III MO # 60897
HUSCH BLACKWELL LLP
The Plaza in Clayton
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
Telephone:  (314) 480-1500
Facsimile:   (314) 480-1505
t.r.bynum@huschblackwell.com

***Attorney for Doe No. 12 and Dameron Color Labs***

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 22nd day of August 2013, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system.

                                      /s/ Theodore R. Bynum, III
                                      Attorney